**Slip Op. 99 - 124**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD W. GOLDBERG, JUDGE**

|  |  |
|---|---|
| RUBBERFLEX SDN. BHD. AND RUBFIL SDN. BHD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Court No. 97-12-02180 |

## JUDGMENT ORDER

Upon consideration of the Department of Commerce, International Trade Administration's <u>Final Results of Redetermination Pursuant to Court Remand, Rubberflex Sdn. Bhd. v. United States, Slip Op. 99-68 (July 23, 1999)</u>, October 22, 1999 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained in all respects; and it is further

**ORDERED** that, all other issues having been decided in this case, judgment is entered in accordance with the Court's opinion in <u>Rubberflex Sdn. Bhd. v. United States</u>, No. 97-12-02180, Slip Op. 99-68 (CIT July 23, 1999).

_____
Richard W. Goldberg
JUDGE


Dated:     November 24, 1999
           New York, New York.